COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-163 -CV

GRADY ALLEN DAVIS APPELLANT

V.

STATE OF TEXAS APPELLEE

----------

FROM THE 158
TH
 DISTRICT 
COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s request to dismiss the appeal.  It is the court's opinion that the request should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

MCCOY, J., dissents without opinion.
(footnote: 2) 

DELIVERED: September 29, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.

2:
McCoy, J., would interpret Appellant’s request as a motion to abate and abate the appeal for five years.